# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5456

_____

CHARLES M. LALA,

   Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

   Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


October 3, 2018

PER CURIAM.

   We grant the petition for writ of certiorari, quash the order of the circuit court, and remand with instructions to the circuit court to allow Petitioner to file a reply. *See Bard v. Wolson*, 687 So. 2d 254 (Fla. 1st DCA 1996).

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles M. LaLa, pro se, Petitioner.

Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.